# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

Milwaukee Division

U.S. District Court
Wisconsin Eastern

APR 07 2026

FILED
Clerk of Court

26-C-588

Curtisha Shenise Scott Haynes
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

See Attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Curtisha Shenise Scott Haynes

Address  C/o 2935 N Vel R Phillips Avenue

Milwaukee  WI  53212

*City*  *State*  *Zip Code*

County  Milwaukee

Telephone Number

E-Mail Address  momsistars@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  City of Milwaukee

Job or Title *(if known)*  Municipal Government Entity

Address  200 E Wells St.

Milwaukee  WI  53202

*City*  *State*  *Zip Code*

County  Milwaukee

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name  Milwaukee County Sheriff's Office

Job or Title *(if known)*  Law Enforcement Agency

Address  821 W State St.

Milwaukee  WI  53233

*City*  *State*  *Zip Code*

County  Milwaukee

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

Address

|  | | |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   Clerk of Court  Anna Marie Hodges

Job or Title *(if known)*   Court Clerk / Filing Administrator

Address   901 N 9th Street

| Milwaukee | WI | 53233 |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

County   Milwaukee

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name   Small Claims Commissioner Jeralyn Wendelberger

Job or Title *(if known)*   Judicial Officer / Commissioner

Address   901 N 9th Street

| Milwaukee | WI | 53233 |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

County   Milwaukee

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity   ☒ Official capacity

Defendant No. 3

Name     Milwaukee Police Department

Job or Title *(if known)*     Law Enforcement Agency

Address     2920 N Vel R Phillips Avenue

Milwaukee     WI     53212
    *City*     *State*     *Zip Code*

County     Milwaukee

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

Defendant No. 4

Name     Eagle Movers, Inc.

Job or Title *(if known)*     Private Moving Company

Address     929 W Bruce St.

Milwaukee     WI     53204
    *City*     *State*     *Zip Code*

County     Milwaukee

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity     ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Plaintiff's rights under the United States Constitution were violated, including 4th Amendment-unlawful search and seizure, 5th Amendment-deprivation of property without due process, 8th Amendment-excessive fines, 14th Amendment due process, and equal protection violations. These violations arise from unlawful eviction, property seizure, misidentification in judicial proceedings, denial of access to courts, false imprisonment, excessive force, and unlawful citation.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _____

Address _____

_____

| City | State | Zip Code |
|------|-------|----------|

County _____

Telephone Number _____

E-Mail Address _____

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name **Register of Deeds**

Job or Title *(if known)* **Recorder of Property Records**

Address **901 N 9th Street**

**Milwaukee**    **WI**    **53233**
    *City*      *State*      *Zip Code*

County **Milwaukee**

Telephone Number _____

E-Mail Address *(if known)* _____

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name **All Unknown Agents Acting in Concert**

Job or Title *(if known)* **Unknown Government Officials and Agents**

Address _____

**Milwaukee**    **WI**    _____
    *City*      *State*      *Zip Code*

County **Milwaukee**

Telephone Number _____

E-Mail Address *(if known)* _____

[X] Individual capacity    [X] Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

Mayor of Milwaukee

Chief Executive Officer of City

200 E Wells Street

Milwaukee          WI          53202

　　　　　　　City　　　　　State　　　　Zip Code

County

Telephone Number

E-Mail Address *(if known)*

Milwaukee

☒ Individual capacity　　☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

Milwaukee City Treasurer

City Treasurer

200 E Wells Street

Milwaukee          WI          53202

　　　　　　　City　　　　　State　　　　Zip Code

County

Telephone Number

E-Mail Address *(if known)*

Milwaukee

☒ Individual capacity　　☒ Official capacity

## II.　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　　Are you bringing suit against *(check all that apply)*:

　　　☐ Federal officials (a *Bivens* claim)

　　　☐ State or local officials (a § 1983 claim)

B.　　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.　　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All defendants acted under color of state and local law through their official roles and authority. Municipal entities and officials initiated and enforced foreclosure and eviction proceedings, executed a writ of restitution, and controlled Plaintiff's property. The Clerk of Court received but failed to properly file plaintiff's documents, preventing access to the courts. Law enforcement officers detained Plaintiff without probable cause, conducted an unlawful search, used excessive force, and issued a citation without lawful basis. Eagle Movers, Inc acted jointly with law enforcement during execution of the writ and removed property without inventory or documentation. All actions were made possible only through authority granted by State law

III.  **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Milwaukee County, Wisconsin including:
2435 N Vel R Phillips Avenue, Milwaukee WI 53212
Milwaukee County Courthouse

B.  What date and approximate time did the events giving rise to your claim(s) occur?

2/3/25, City and Police asked Plaintiff to leave home
3/11/25 Default judgment entered
3/24/25 writ executed and home boarded     1/9/26 Property listed for sale
8/2/25 False imprisonment incident

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff inherited and resided at 2435 N Vel R Phillips Avenue 2013
The property was subjected to in rem foreclosure and eviction proceedings under an incorrect name, "Curtisha Hayes"
Plaintiff did not receive proper notice and was unable to participate
Plaintiff submitted documents to Clerk of Court, which were received but not filed
On 3/24/25 a writ was executed while plaintiff was not present. The home was entered, partially disturbed, and boarded. No inventory or notice was provided. Plaintiff's expensive clothing was missing. Defendants later claimed property was removed and stored, but no documentation was provided. 8/2/25 Plaintiff was outside the courthouse assisting another individual when Sheriff deputies detained Plaintiff, accused Plaintiff of destruction, used force, and conducted a search without lawful basis. Plaintiff was issued a citation with excessive fines. 1/9/26 the property was listed

for sale despite ongoing disputes. These actions were coordinated and carried out under authority of state law. My Neighbor at 2944 N Vel R Phillips is a witness to some events.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of housing and displacement

Loss of personal property

Emotional distress

Physical harm from use of force

Financial harm from fines and property loss

Ongoing instability due to homelessness

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff requests

Compensation for property loss and damages

Compensation for emotional distress

punitive damages

Return or restoration of property rights

Injunctive relief preventing sale or transfer of the property

Relief from excessive fines

Any additional relief the Court deems appropriate

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4|2|2026

Signature of Plaintiff _Cuntisha Shenive Scott Haynes_

Printed Name of Plaintiff Curtisha Shenise Scott Haynes
All Rights Reserved UCC-1308 Authorized Representative

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City | State | Zip Code

Telephone Number _____

E-mail Address _____

# UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WISCONSIN

Curtisha Shenise Scott Haynes,

Plaintiff,

v.

City of Milwaukee,

Department of City Development,

Milwaukee County Sheriff's Office,

Milwaukee Police Department,

Clerk of Court (Milwaukee County),

Small Claims Commissioner Court,

Mayor of Milwaukee,

Milwaukee City Treasurer,

Register of Deeds,

Eagle Movers, Inc.,

and All Unknown Agents Acting in Concert,

Defendants.



U.S. District Court
Wisconsin Eastern

APR 07 2026

FILED
Clerk of Court

**26 -C- 5 8 8**

Case No.: _____

## COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF JURY DEMAND

## I. JURISDICTION AND VENUE

This action arises under the Constitution and laws of the United States.

This Court has jurisdiction pursuant to:

- 28 U.S.C. § 1331 (Federal Question)
- 28 U.S.C. § 1343 (Civil Rights Violations)
- 42 U.S.C. § 1983

This action further arises under:

● Fourth Amendment to the United States Constitution

● Fifth Amendment to the United States Constitution

● Eighth Amendment to the United States Constitution

● Fourteenth Amendment to the United States Constitution

This action also invokes federal civil rights statutes, including:

● 18 U.S.C. § 241 (Conspiracy Against Rights)

● 18 U.S.C. § 242 (Deprivation of Rights Under Color of Law)

● 18 U.S.C. § 1346 (Honest Services Fraud)

● 18 U.S.C. § 1028 (Identity Fraud)

Venue is proper in the Eastern District of Wisconsin under 28 U.S.C. § 1391(b), as all events giving rise to these claims occurred within Milwaukee County, Wisconsin.

II. PARTIES

Plaintiff:

Curtisha Shenise Scott Haynes is a natural individual and living being, formerly residing at:

2935 N. Vel R. Phillips Avenue

Milwaukee, Wisconsin 53212

Plaintiff is currently displaced and living between her vehicle and shelters as a direct result of Defendants' actions.

Defendants:

Defendants are municipal entities, public officials, and private actors acting under color of law,

including:

● City of Milwaukee

- Department of City Development
- Milwaukee County Sheriff's Office
- Milwaukee Police Department
- Clerk of Court (Milwaukee County)
- Small Claims Commissioner Court
- Mayor of Milwaukee
- Milwaukee County Treasurer
- Register of Deeds
- Eagle Movers, Inc.

Each Defendant acted individually and in concert with others in the actions described herein.

## III. STATEMENT OF CLAIM (FACTS)

A. Property Ownership and In Rem Foreclosure

Plaintiff inherited the property located at:

2935 N. Vel R. Phillips Avenue

Milwaukee, Wisconsin 53212

Plaintiff maintained possessory and ownership interest in the property. The property was subjected to an In Rem Tax Foreclosure proceeding (Case No. 2024CV003734), which consisted of a multi-parcel action exceeding forty pages, bundling numerous properties together in a single proceeding. Plaintiff was never instructed to complete formal heirship adjudication or probate-based title confirmation to properly vest record ownership. Instead, Plaintiff was directed to file a transfer affidavit in October 2013, which did not fully secure legal ownership recognition. This created administrative ambiguity regarding ownership.

Despite this ambiguity:

- Plaintiff was treated as owner for tax liability
- Plaintiff was treated as non-owner when convenient
- On February 3, 2025, City officials and police stated that the "City owned the house"
- Plaintiff was simultaneously instructed to vacate due to lack of water service

These contradictory representations demonstrate inconsistent and potentially misleading use of authority.

B. Eviction Proceedings and Misidentification

Defendants initiated eviction proceedings under:

Case No. 2025SC003979

The case identified Plaintiff as:

"Curtisha Hayes"

This is not Plaintiff's correct name.

A default judgment was entered on March 11, 2025.

A writ of restitution was executed on March 24, 2025.

Plaintiff did not appear because the proceedings were conducted under a materially incorrect name. This misidentification deprived Plaintiff of proper notice and opportunity to be heard.

C. Clerk Obstruction and Denial of Access to Courts

Plaintiff submitted multiple documents to the Clerk of Court, including:

- Notices of misnomer
- Status correction filings
- Objections
- Affidavits
- Writ of mandamus (July 2025)

These filings were received but not properly docketed.

Plaintiff was later informed that filings were submitted at the "wrong window," despite no instruction being provided at the time of submission.

This conduct:

● Prevented Plaintiff from correcting the record

● Preserved defective jurisdiction

● Blocked meaningful access to the courts

## D. Execution of Writ, Forced Entry, and Boarding

On March 24, 2025:

● A writ of restitution was executed

● Plaintiff was not present

● The home was forcibly entered

● The property was boarded and secured

No inventory, receipt, or documentation was provided to Plaintiff.

## E. Selective Property Removal and Conversion

Only certain portions of the home were disturbed, including:

● One room and a hallway

Plaintiff's expensive clothing was missing, while furniture remained inside the home. Eagle Movers, Inc. stated they removed items under supervision of the Sheriff.

However:

● No inventory was provided

● No storage notice was given

● No receipt was issued

● No deputy was identified

Selective removal without documentation constitutes unauthorized control over Plaintiff's property.

F. Fraudulent Assertion of Ownership and Sale Activity

On or around January 9, 2026, a "FOR SALE" sign was placed on the property by or on behalf of municipal authorities.

This occurred despite:

● Ongoing disputes

● Jurisdictional defects

● Plaintiff's notices challenging ownership and process

This action represents an assertion of ownership inconsistent with due process.

G. False Imprisonment and Unlawful Detention

On or about August 2, 2025, Plaintiff was outside the Milwaukee County Courthouse assisting another individual in understanding her rights.

Milwaukee County Sheriff's deputies:

● Detained Plaintiff without lawful basis

● Accused Plaintiff of resisting and obstruction without probable cause

● Restricted Plaintiff's freedom of movement

Plaintiff was not free to leave.

H. Illegal Search and Seizure

During the same encounter:

● Plaintiff was searched without a warrant

● No lawful justification was provided

This constituted an unlawful search and seizure.

I. Excessive Force

Sheriff's deputies:

● Grabbed Plaintiff's arm forcefully

● Applied physical restraint without justification

The force used was unreasonable under the circumstances.

J. Excessive Fines

Plaintiff was issued a citation related to the incident.

The citation imposed financial penalties that were:

● Unsupported by lawful conduct

● Disproportionate

K. Pattern of Coordinated Conduct

Defendants acted in a coordinated sequence involving:

● Foreclosure

● Eviction

● Filing obstruction

● Writ execution

● Property removal

● Boarding of home

● Marketing of property

● Detention and citation

This reflects systemic action under color of law.

IV. COUNTS

COUNT I – DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (42 U.S.C. § 1983)

Plaintiff incorporates all preceding paragraphs.

Defendants, acting under color of law, deprived Plaintiff of rights secured by the Constitution,

including:

- Due process of law
- Equal protection of the laws
- Property rights
- Access to the courts

These deprivations include:

- Use of misidentification in judicial proceedings
- Execution of a writ based on defective jurisdiction
- Obstruction of filings
- Removal and control of property without due process
- Displacement from Plaintiff's home

Defendants' conduct directly caused harm to Plaintiff.

## COUNT II – FOURTH AMENDMENT VIOLATIONS (UNLAWFUL SEARCH, SEIZURE, AND DETENTION)

Plaintiff incorporates all preceding paragraphs.

Defendants, specifically Milwaukee County Sheriff's deputies:

- Detained Plaintiff without probable cause
- Conducted unlawful search without warrant or lawful exception
- Restricted Plaintiff's movement

This constitutes:

- Unlawful seizure

- False imprisonment

- Violation of constitutional protections against unreasonable searches and seizures

## COUNT III – EXCESSIVE FORCE (FOURTH & FOURTEENTH AMENDMENTS)

Plaintiff incorporates all preceding paragraphs.

Defendants used force that was:

- Unnecessary

- Disproportionate

- Unreasonable

Including:

- Forceful grabbing of Plaintiff's arm

- Physical restraint without justification

This constitutes excessive force under constitutional standards.

## COUNT IV – FIFTH AMENDMENT TAKINGS & PROPERTY DEPRIVATION

Plaintiff incorporates all preceding paragraphs.

Defendants:

- Removed and/or controlled Plaintiff's property

- Boarded and secured the home

- Asserted ownership inconsistent with due process

- Placed the property for sale

Without:

- Just compensation

- Lawful adjudication

- Proper procedural safeguards

This constitutes an unlawful taking.


## COUNT V – FOURTEENTH AMENDMENT DUE PROCESS VIOLATIONS

Plaintiff incorporates all preceding paragraphs.

Defendants deprived Plaintiff of property and liberty without:

● Proper notice

● Proper identification

● Opportunity to be heard


Including:

● Misnomer in proceedings

● Default judgment without participation

● Refusal to file corrective documents


These actions violate procedural and substantive due process.


## COUNT VI – EIGHTH AMENDMENT EXCESSIVE FINES

Plaintiff incorporates all preceding paragraphs.

Defendants imposed or attempted to impose financial penalties through citation that were:

● Unsupported by lawful conduct

● Disproportionate

● Punitive


This constitutes excessive fines.


## COUNT VII – CONSPIRACY AGAINST RIGHTS (18 U.S.C. § 241)

Plaintiff incorporates all preceding paragraphs.

Defendants acted in agreement and concert to:

● Deprive Plaintiff of property

● Restrict access to courts

● Enforce void proceedings

● Detain Plaintiff unlawfully

This coordinated conduct constitutes conspiracy against rights.

COUNT VIII – DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (18 U.S.C. § 242)

Plaintiff incorporates all preceding paragraphs.

Defendants, acting under authority of law, willfully subjected Plaintiff to:

● Loss of property

● Loss of liberty

● Unlawful detention

● Procedural deprivation

COUNT IX – HONEST SERVICES FRAUD (18 U.S.C. §1346)

Plaintiff incorporates all preceding paragraphs. Public officials owed a duty of honest services.

Defendants:

● Manipulated administrative processes

● Obstructed filings

● Enforced defective proceedings

This deprived Plaintiff of fair governmental services.

COUNT X – IDENTITY FRAUD / MISIDENTIFICATION (18 U.S.C. § 1028)

Plaintiff incorporates all preceding paragraphs.

Defendants used materially incorrect identifying information:

● "Curtisha Hayes" instead of Curtisha Haynes

This misidentification:
● Affected legal proceedings
● Enabled entry of default judgment
● Prevented proper defense

## COUNT XI – CONVERSION (COMMON LAW)

Plaintiff incorporates all preceding paragraphs.

Defendants exercised unauthorized control over Plaintiff's property by:

● Removing items
● Failing to document property
● Failing to return property

This constitutes conversion.

## COUNT XII – FALSE IMPRISONMENT (COMMON LAW)

Plaintiff incorporates all preceding paragraphs. Defendants unlawfully restrained Plaintiff's freedom of movement without legal justification.

## COUNT XIII – CIVIL CONSPIRACY (COMMON LAW)

Plaintiff incorporates all preceding paragraphs. Defendants acted in concert to commit unlawful acts resulting in harm to Plaintiff.

## COUNT XIV – INJUNCTIVE RELIEF (FEDERAL RULE OF CIVIL PROCEDURE 65)

Plaintiff incorporates all preceding paragraphs. Defendants have placed or attempted to place the property for sale while disputes remain unresolved.

Plaintiff faces:

- Irreparable harm
- Permanent loss of property
- Continued displacement

Legal remedies alone are insufficient.

Plaintiff requests:

- Temporary Restraining Order (TRO)
- Preliminary Injunction
- Permanent Injunction

Preventing:

- Sale
- Transfer
- Further disposition of the property

Until full adjudication of this matter.

V. REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Declare Defendants' actions unconstitutional

2. Declare the eviction judgment void

3. Restore Plaintiff's property rights and possession

4. Award compensatory damages

5. Award punitive damages

6. Grant injunctive relief preventing sale or transfer

7. Provide relief from excessive fines

8. Grant all other relief deemed just and proper

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

## VII. CONCLUSION

Defendants, acting under color of law, engaged in coordinated conduct resulting in:

- Loss of housing
- Loss of property
- Denial of court access
- False detention
- Excessive force
- Financial penalties

Plaintiff seeks full relief under the Constitution and laws of the United States.

Respectfully submitted,

*Curtisha Shenise Scott Haynes*

Curtisha Shenise Scott Haynes

*Authorized Representative / Beneficiary*
*All Rights Reserved UCC 1 308*